UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERYL POMPONIO,<br><br>   Plaintiff,<br><br>  v.<br><br>PARVIS KHAN, et al.,<br><br>   Defendants. | Case No. 21-cv-02958-KAW<br><br>**ORDER TO SHOW CAUSE** |

  Plaintiff Meryl Pomponio filed the instant suit against Defendants Parvis Khan, et al. (Dkt. No. 1.)  Defendants were served by May 12, 2021.  (Dkt. Nos. 8-10.)  Pursuant to General Order 56, the joint site inspection deadline was July 11, 2021, and Plaintiff was required to file a "Notice of Need for Mediation" forty-two days after the joint site inspection.  (*See* Dkt. No. Re: Dkt. No. 6.)  Thus, Plaintiff's "Notice of Need for Mediation" was due by August 22, 2021.

  As of the date of this order, Plaintiff has yet to file her "Notice of Need for Mediation." Plaintiff is therefore ordered to show cause by **November 5, 2021**, why this case should not be dismissed for failure to prosecute by filing the Notice of Need for Mediation or a request to extend the filing deadline.

  IT IS SO ORDERED.

Dated: October 26, 2021

                  _____
                  KANDIS A. WESTMORE
                  United States Magistrate Judge