United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MERYL POMPONIO,

        Plaintiff,

v.

PARVIS KHAN, et al.,

        Defendants.

Case No. 21-cv-02958-KAW

**SECOND ORDER TO SHOW CAUSE**

Re: Dkt. No. 14

On October 26, 2021, the Court issued an order to show cause based on Plaintiff's failure to timely file her "Notice of Need for Mediation." (Dkt. No. 12.) On November 5, 2021, Plaintiff filed a response, explaining that counsel had mis-calendared the case and was in the process of scheduling a property inspection. (Dkt. No. 13.) On November 9, 2021, the Court discharged the order to show cause, extending the deadline to conduct the joint inspection to 30 days from the date of the order. (Dkt. No. 14.) The Court advised that if a further extension was required, Plaintiff should file a request. On November 10, 2021, Plaintiff filed a proof of service as to Defendant Orinda Village Square but has not filed anything since. (Dkt. No. 15.)

Plaintiff's Notice of Need for Mediation was due by January 20, 2022 (42 days after the extended joint site inspection deadline of December 9, 2021). Plaintiff has not filed a notice of need for mediation. Accordingly, the Court ORDERS Plaintiff to show cause, by **June 7, 2022**, why this case should not be dismissed for failure to prosecute by filing a status report explaining the current status of the case, including: (1) when the joint inspection was conducted, (2) whether Plaintiff intends to file for entry of default as to the non-appearing Defendants, and (3) why Plaintiff again failed to timely file the notice of need for mediation or a request for an extension of time. Failure to comply may result in the Court reassigning the case to a district judge with the

1  recommendation that the case be dismissed for failure to prosecute.

2      IT IS SO ORDERED.

3  Dated: May 24, 2022

_____
KANDIS A. WESTMORE
United States Magistrate Judge

2